

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00052-CV

_____

IN RE PHIL SORRELLS, Relator

Original Proceeding
Criminal District Court No. 1 of Tarrant County, Texas
Trial Court No. 1827037

Before Sudderth, C.J.; Birdwell and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus, and the real party in interest's response, and is of the opinion that the underlying dispute is now moot. Accordingly, relator's petition for writ of mandamus is denied as moot, and this court's February 7, 2025 stay of the trial court proceedings is lifted.

Per Curiam

Delivered: February 21, 2025